UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------------x

| | | |
|---|---|---|
| AIXIAN LI, | : | 26-cv-6290 (SHS) |
| Plaintiff, | : | ORDER |
| -against- | : | |
| OMAKASE ROOM BY MAASER INC. agent of Omakase Room by Maaser, et al., | : | |
| | : | |
| Defendants. | | |

----------------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

The initial pretrial conference having been held today, with counsel for all parties present,

1. The last day for defendants to answer or move in response to the complaint is November 9, 2026;

2. There will be a mid-discovery status conference on November 24, 2026, at 11:30 a.m.; and

3. The last day for completion of fact and expert discovery is January 8, 2027.

Dated: New York, New York
October 8, 2026

SO ORDERED:

Sidney H. Stein, U.S.D.J.