UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---x

| | | |
|---|---|---|
| AIXIAN LI, | : | 26-cv-6290 (SHS) |
| Plaintiff, | : | ORDER |
| -against- | : | |
| OMAKASE ROOM BY MAASER INC. agent of Omakase Room by Maaser, et al., | : | |
| | : | |
| Defendants. | | |

---x

SIDNEY H. STEIN, U.S. District Judge.

A pretrial conference having been held today, with counsel for all parties present,

IT IS HEREBY ORDERED that:

1. The last day for completion of fact and expert discovery remains at January 8, 2027;

2. There will be a status conference on January 8, 2027, at 11:00 a.m; and

3. If a settlement agreement has not been entered into before January 8, 2027, lead counsel for defendants, Aleksander Boleslaw Milch, is directed to attend the conference on January 8, 2027, at 11:00 a.m. in Courtroom 23A.

Dated: New York, New York
November 24, 2026

SO ORDERED:

Sidney H. Stein, U.S.D.J.